IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| STEVE BOZSA | ) | CASE NO.: 1:25-cv-01869 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -v- | ) | **NOTICE OF REMOVAL** |
| | ) | |
| MICROBAC LABORATORIES, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, Defendant Microbac Laboratories, Inc. ("Defendant") hereby removes to this Court the action brought by Plaintiff Steve Bozsa ("Plaintiff") in the Cuyahoga County Court of Common Pleas, styled *Steve Bozsa v. Microbac Laboratories, Inc.*, assigned Case No. CV-25-121602 (the "State Action"). In support of this Removal, Defendant states as follows:

1. On or about July 28, 2025, Plaintiff filed the State Action in the Cuyahoga County Court of Common Pleas. A true and accurate copy of the State Action Complaint (the "Complaint"), is attached as <u>Exhibit A</u>, pursuant to 28 U.S.C. § 1446(a). Copies of the Summons filed with this Court are attached as <u>Exhibit B</u>. No pleadings or other orders beyond those attached have been filed in the Cuyahoga County Court of Common Pleas.

2. Plaintiff's Complaint asserts claims under the Family and Medical Leave Act ("FMLA"), including Unlawful Interference with FMLA Rights (Count V) and Retaliation in Violation of the FMLA (Count VI), as well as state law employment discrimination and retaliation claims (Counts I-IV).

**TIMELY REMOVAL**

3. On or after August 11, 2025, Defendant was served with copies of the Complaint.

4. Upon information and belief, no other process, pleadings, or orders, other than the

Complaint, attached as <u>Exhibit A</u>, have been served in this action.

5. In accordance with 28 U.S.C. § 1446(b), this Notice of Removal is being filed within thirty (30) days of service of the Complaint upon Defendant.

6. This Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b).

## JURISDICTION

7. This Court has jurisdiction under 28 U.S.C. §§ 1331, 1367, 1441, and 1446.

8. The State Action includes claims under federal law. Specifically, the Complaint alleges Defendant violated the FMLA, 29 U.S.C. § 2601, *et seq.* (Complaint, Counts V-VI).

9. Accordingly, Defendant is entitled to remove this action to this Court under 28 U.S.C. § 1441 because this Court has original jurisdiction pursuant to 28 U.S.C. § 1331(a) as the claims asserted under the FMLA in the Complaint arise under the laws of the United States and the claims expressly raise a federal question.

10. Pursuant to 28 U.S.C. § 1367, this Court has supplemental jurisdiction over all of the remaining claims in the Complaint.

11. This action is not a non-removable action as described in 28 U.S.C. § 1445.

## VENUE

12. The United States District Court for the Northern District of Ohio is the district embracing the place where this action is pending and where events alleged in the Complaint purportedly occurred. Therefore, the civil action described above may be removed to this Court pursuant to 28 U.S.C. § 1441(a) and 28 U.S.C. § 1391.

## NOTICE

13. Defendant has filed a true and correct copy of this Notice for Removal with the Clerk of Courts for the Cuyahoga County Court of Common Pleas, together with the Notice filed therein and served upon Plaintiff's counsel. 28 U.S.C. § 1446(d). A true and accurate copy of

Defendant's Notice filed with the Cuyahoga County Court of Common Pleas is attached as <u>Exhibit C</u>.

14. By filing this Notice of Removal, Defendant does not waive any defenses that may be available. Nothing in this Notice of Removal should be construed as an admission or acknowledgement of liability, a waiver of any defenses, or that Plaintiff is entitled to any damages.

15. Defendant requests that this court take jurisdiction of this action to its conclusion and to final judgment to the exclusion of further proceedings in the state court, in accordance with the law.

16. Defendant will separately and contemporaneously file a Corporate Disclosure Statement in accordance with Fed. R. Civ. P. 7.1.

WHEREFORE, Defendant files this Notice of Removal so that the entire State Action, Case No. CV-25-121602, now pending in the Cuyahoga County Court of Common Pleas, Ohio, may be removed to this Court for all further proceedings.

Respectfully submitted,

<u>/s/ Amanda T. Quan</u>
Amanda T. Quan (0086623)
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Key Tower
127 Public Square, Suite 4100
Cleveland, OH 44114
216.241.6100
216.357.4733 (FAX)
amanda.quan@ogletree.com

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of September, 2025, a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system. Notice of filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. In addition, this filing is also being served upon all parties below via e-mail and regular U.S. mail:

Taurean J. Shattuck
Spitz, The Employee's Law Firm
3 Summit Park Drive, Suite 200
Independence, Ohio 44131
Taurean.Shattuck@spitzlawfirm.com

*Attorney for Plaintiff*

                                                 */s/ Amanda T. Quan*
                                                 Amanda T. Quan (0086623)
                                                 *Attorney for Defendant*

92062167.v1-OGLETREE