IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| STEVE BOZSA, | ) | CASE NO.: 1:25-cv-01869 |
| | ) | |
| Plaintiff, | ) | HONORABLE JUDGE SOLOMON |
| | ) | OLIVER, JR. |
| -v- | ) | |
| | ) | MAGISTRATE JUDGE JAMES E. |
| MICROBAC LABORATORIES, INC., | ) | GRIMES, JR. |
| | ) | |
| Defendant. | ) | **DEFENDANT'S UNOPPOSED** |
| | ) | **MOTION FOR EXTENSION OF** |
| | ) | **TIME TO MOVE, PLEAD OR** |
| | ) | **OTHERWISE RESPOND TO THE** |
| | ) | **COMPLAINT OF PLAINTIFF** |
| | ) | |

Pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, Defendant Microbac Laboratories, Inc. ("Defendant") respectfully requests an additional 14 days, to and including September 29, 2025, in which to move, plead, or otherwise respond to Plaintiff's Complaint. Plaintiff's counsel has been consulted and does not oppose this Motion. This Motion is not interposed for purposes of delay. No prior extensions have been given to Defendant relative to Plaintiff's Complaint.

Respectfully submitted,

/s/ *Amanda T. Quan*
Amanda T. Quan (0086623)
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Key Tower
127 Public Square, Suite 4100
Cleveland, OH 44114
216.241.6100
216.357.4733 (FAX)
amanda.quan@ogletreedeakins.com

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2025, a copy of the foregoing *Defendant's Unopposed Motion for Extension of Time to Move, Plead or Otherwise Respond to the Complaint of Plaintiff* was electronically filed with the Clerk of Court using the CM/ECF system. Notice of filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Amanda T. Quan
Amanda T. Quan (0086623)

*One of the Attorneys for Defendant*