IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| STEVE BOZSA, | ) | CASE NO. 1:25-CV-01869 |
| | ) | |
| Plaintiff, | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | **PLAINTIFF'S UNOPPOSED** |
| | ) | **MOTION TO EXTEND DATES** |
| MICROBAC LABORATORIES, INC. | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff Steve Bozsa, through undersigned counsel, respectfully requests that this Honorable Court continue dates set in the October 29, 2025 Order. Counsel for Plaintiff contacted counsel for Defendant, and they do not oppose the continuance of the discovery deadline.

To date, the Parties have exchanged written discovery requests and responses are due shortly. The Parties will also be awaiting receipt of medical records related to the claims made in the Complaint, as well as damages alleged by Plaintiff.

Bozsa therefore requests that the Court extend deadline as follows:

- New date for Discovery Deadline: May 1, 2026 (from March 2, 2026)

- New date for Dispositive Motion Deadline: June 12, 2026 (from April 13, 2026)

Bozsa respectfully asserts that a continuance of these deadlines will allow the Parties to complete discovery as needed in the case, that the new schedule is not for the purpose of undue delay, and will serve the needs of justice and efficiency. There has not yet been any continuances granted in this case. In light of the foregoing, Bozsa respectfully requests that this Court extend the identified deadlines in this case as outlined herein.

Respectfully submitted,

*/s/ Taurean J. Shattuck*

Taurean J. Shattuck (0097364)
**SPITZ, THE EMPLOYEE'S LAW FIRM**
3 Summit Park Drive, Suite 200
Independence, OH 44131
Phone:   (216) 291-4744
Fax:     (216) 291-5744
Email: Taurean.Shattuck@SpitzLawFirm.com

*Attorney for Plaintiff*

2

3

**CERTIFICATE OF SERVICE**

      I hereby certified that on February 5, 2026, a copy of the foregoing was filed electronically and notice will be provided through the Court's ECF system.

                                    */s/ Taurean J. Shattuck*
                                    Taurean J. Shattuck (0097364)
                                    **SPITZ, THE EMPLOYEE'S LAW FIRM**