IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| STEVE BOZSA, | ) | CASE NO. 1:25-CV-01869 |
| | ) | |
| Plaintiff, | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | **PARTIES' JOINT MOTION TO** |
| | ) | **EXTEND DISCOVERY AND** |
| MICROBAC LABORATORIES, INC. | ) | **DISPOSITIVE MOTION** |
| | ) | **DEADLINES** |
| Defendant. | ) | |

Plaintiff Steve Bozsa and Defendant Microbac Laboratories, Inc., through the undersigned counsel, respectfully moves this Honorable Court for a 60-day extension of the discovery and dispositive motion deadlines in this case.

The parties are diligently working together to complete paper discovery in this case, which is almost complete.  However, due to the schedules of counsel and the parties, the parties have been unable to schedule depositions in this case.  Due to upcoming trial schedules, vacations, and work schedules of the relevant fact witnesses, the parties plan to conduct depositions June 15-17, 2026.  For this reason and to accommodate counsel, the parties, and the fact witnesses' schedules, the parties respectfully request that this Court extend the deadlines as follows:

- New date for Discovery Deadline: June 30, 2026 (from May 1, 2026)

- New date for Dispositive Motion Deadline: August 11, 2026 (from June 12, 2026)

The parties represent that this new requested schedule is not for the purpose of undue delay, and will serve the needs of justice and efficiency. In light of the foregoing, the parties respectfully request that this Court extend the identified deadlines in this case as outlined herein.

Respectfully submitted,


/s/ Taurean J. Shattuck

Taurean J. Shattuck (0097364)
**SPITZ, THE EMPLOYEE'S LAW FIRM**
3 Summit Park Drive, Suite 200
Independence, OH 44131
Phone:   (216) 291-4744
Fax:       (216) 291-5744
Email: Taurean.Shattuck@SpitzLawFirm.com

*Attorney for Plaintiff*


/s/ Amanda T. Quan

Amanda T. Quan (0086623)
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
127 Public Square, Suite 4100
Cleveland, Ohio 44114
Phone:   (216) 241-6100
Fax:       (216) 357-4733
Email:    amanda.quan@ogletree.com

*Attorney for Defendant*

2

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certified that on May 1, 2026, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF System.  Notice of filing will be sent to all parties by operation of the court's electronic filing system.  Parties may access this filing through the Court's system.

/s/ Amanda T. Quan
Amanda T. Quan (0086623)
*Attorney for Defendant*